**No. 10-8912. In re Anselmo Soto, Jr., Petitioner.**

562 U.S. 1269, 131 S. Ct. 1623, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2008, ▮

March 7, 2011. Petition for writ of habeas corpus denied.

**No. 10-8947. In re Thomas Edward Nesbitt, Petitioner.**

562 U.S. 1269, 131 S. Ct. 1624, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 1949, ▮

March 7, 2011. Petition for writ of habeas corpus denied.

**No. 10-8524. In re Lanas Evans Troxler, Petitioner.**

562 U.S. 1269, 131 S. Ct. 1616, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2010.

March 7, 2011. Petition for writ of mandamus denied.

**No. 10-8200. In re Keith Thomas, Petitioner.**

562 U.S. 1270, 131 S. Ct. 1608, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 1973.

March 7, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and the petition for writ of mandamus dismissed. See Rule 39.8.

**No. 09-10951. Gregory Harris, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 1986.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 857, 131 S. Ct. 124, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6163.

**No. 10-604. Victor D. Moseley, et ux., Petitioners v. V Secret Catalogue, Inc., et al.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2091.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 827, 2011 U.S. LEXIS 893.

**No. 10-632. In re William Windsor, Petitioner.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2006.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1177, 131 S. Ct. 1007, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 624.

**No. 10-633. In re William Windsor, Petitioner.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2041.

March 7, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1177, 131 S. Ct. 1007, 178 L. Ed. 2d 857, 2011 U.S. LEXIS 689.

**No. 10-678. Gregory S. Hollister, Petitioner v. Barry Soetoro, et al.**

562 U.S. 1280, 131 S. Ct. 1627, 179 L. Ed. 2d 518, 2011 U.S. LEXIS 2002.

March 7, 2011. Petition for rehearing denied.